**Order entered September 23, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00309-CR

**PATRICK DARNELL LAWRENCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-73515-S**

## ORDER

The Court **GRANTS** counsel's September 22, 2014 motion to file an amended *Anders* brief. We **ORDER** the amended brief received on September 22, 2014 filed as of the date of this order.

We **STRIKE** the brief received on August 22, 2014 and filed on August 26, 2014.

On August 26, 2014, we ordered the Dallas County District Clerk to file, within fifteen days, a supplemental record containing: (1) the trial court's docket sheet; (2) the December 29, 2009 plea agreement form; (3) the December 29, 2009 judicial confession; (4) the trial court's December 29, 2009 order of deferred adjudication and conditions of community supervision; (5) the State's January 18, 2011 motion to withdraw its motion to revoke or its motion to proceed to adjudication; and (6) the February 14, 2014 plea agreement form. To date, we have not received

the supplemental clerk's record, nor has the district clerk's office communicated with the Court regarding the delay in filing the supplemental record.

Accordingly, we **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file, within **TEN DAYS** of the date of this order, a supplemental record containing the items listed above.

Appellant's pro se response to the amended *Anders* brief is due by **DECEMBER 10, 2014.**

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Andy Chatham, Presiding Judge, 282nd Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

We **DIRECT** the Clerk to send a copy of this order and the amended *Anders* brief to Patrick Lawrence, TDCJ No. 01914343, Sanchez State Jail, 3901 State Jail Road, El Paso, Texas 79938-8456.

/s/    ADA BROWN
        JUSTICE